IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 18-10027-03-EFM |
| | ) | |
| JAZMIN M. MANUEL, aka "JAZZY" | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## UNITED STATES' MOTION TO DISMISS

Comes now the United States of America, by and through its attorney Jason W. Hart, Assistant United States Attorney for the District of Kansas, and moves this Court, pursuant to Fed. R. Crim. P. 48(a), to dismiss without prejudice defendant Jazmin M. Manuel, Aka "Jazzy" from the Indictment.

Respectfully Submitted,

STEPHEN R. McALLISTER
United States Attorney

*s/ Jason W. Hart*
JASON W. HART
Ks. S.Ct. No. 20276
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (FAX)
Jason.Hart2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court which will notify all parties by using the CM/ECF system.

*s/ Jason W. Hart*
JASON W. HART
Assistant United States Attorney